# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KRISTAL MASCIOCCHI BISSETT,  :
 Plaintiff        :    No. 1:18-cv-01907
             :
 v.           :    (Judge Kane)
             :
VERIZON WIRELESS and    :
BRANDON SHANE KOSTICK,  :
 Defendants       :

## ORDER

**AND NOW**, on this 18th day of July 2019, upon consideration of Defendant Verizon Wireless ("Defendant Verizon")'s motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 4), in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Verizon's motion to dismiss (Doc. No. 4) is **GRANTED**;

2. Counts I-V, VII, and VIII of Plaintiff's complaint (Doc. No. 1-3), as alleged against Defendant Verizon, are **DISMISSED WITH PREJUDICE**;

3. Count VI of Plaintiff's complaint (Doc. No. 1-3) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within fourteen (14) days of the date of this Order, that cures the pleading deficiencies identified in the Memorandum issued concurrently with this Order; and

4. Plaintiff is directed to submit, within fourteen (14) days of the date of this Order, a report that specifically addresses the status of Defendant Kostick's participation in this matter.

            s/ Yvette Kane
            Yvette Kane, District Judge
            United States District Court
            Middle District of Pennsylvania